AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT



for the

Western District of Washington

| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Subject Premises located at 25437 116th Avenue SE, Kent, WA 98030; The Subject Person of Mordien Kan Thach, more fully described in Attachment A. | ) ) ) ) ) ) ) | Case No. MJ26-060 |
|---|---|---|

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington  
*(identify the person or describe the property to be searched and give its location)*:

Subject Premises located at 25437 116th Avenue SE, Kent, WA 98030; The Subject Person of Mordien Kan Thach, more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, for list of items to be seized, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before   February 6, 2026   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in this District  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   January 23, 2026 a 12:00pm      *[signature]*
                                                                             *Judge's signature*

City and state:   Seattle, Washington     Mary Alice Theiler, United States Magistrate Judge
                                                                             *Printed name and title*

USAO# 2026R00021

## Return

| Case No.: 2026R00021 | Date and time warrant executed: 1/26/2026 0600 | Copy of warrant and inventory left with: left at residence |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

see attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/28/2026

_Kate Vaughan_

_Executing officer's signature_

SA Taylor Burd
_Printed name and title_

USAO# 2026R00021

| |
|---|
| Tablet with case |
| Ipad in case |
| White iPhone in clear case |
| Apple Laptop |
| Gold iPhone |
| Black iPhone |
| AT&T ZTE black phone |
| Black iPhone |